UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

MOHAMMED SAIFUL ISLAM,

Plaintiff,

v.

Mr. PATRICK KENNEY, (Deportation Officer), Mr. JIM GRIZZELL, (Deportation Officer), and U.S. IMMIGRATION & CUSTOMS ENFORCEMENT,

Defendants.

---

Civil No. 06-3446 (JNE/SRN)

**ORDER ADOPTING
REPORT AND RECOMMENDATION**

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated October 24, 2006.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1.  Plaintiff's Application To Proceed In Forma Pauperis, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: November 21, 2006

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge